**Carol J. SELLERS, Donald W. Sellers, Plaintiffs-Appellants,**

v.

**A.H. ROBINS COMPANY, INC., Defendant-Appellee.**

No. 82–7191.

United States Court of Appeals, Eleventh Circuit.

April 30, 1984.

Engel & Hairston, Griffin Sikes, Jr., Birmingham, Ala., for plaintiffs-appellants.

Mary Beth Mantiply, Mobile, Ala., E. Duncan Getchell, Jr., Richmond, Va., for defendant-appellee.

(Opinion September 30, 1983, 11th Cir., 1983, 715 F.2d 1559).

ORDER:

The petition for rehearing by panel is granted. The petition for rehearing en banc is rendered moot by the granting of the petition for rehearing by the panel.

The clerk of this court is directed to set this case for oral argument, establish a briefing schedule to allow the parties to file supplemental letter briefs, and set the date for oral argument.